UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN C.,<br><br>      Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>      Defendant. | Case No.: 20-CV-463-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF EAJA FEES**<br><br>**[DKT. NO. 24]** |

  Before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Dkt. No. 24. The Court **GRANTS** the Joint Motion and, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), awards Plaintiff attorney's fees in the amount of $5,000 subject to the terms of the Joint Motion.

  **IT IS SO ORDERED.**

Dated: February 22, 2023

                       _____
                       Honorable Daniel E. Butcher
                       United States Magistrate Judge